**Joseph R. JOHNSON, Plaintiff–Appellant,**

v.

**CIRCUIT CITY STORES, INCORPORATED; First North American National Bank, Defendants–Appellees.**

---

Joseph R. Johnson, Plaintiff–Appellant,

v.

Circuit City Stores; Circuit City Stores, Incorporated; First North American National Bank, Defendants–Appellees.

Joseph R. Johnson, Plaintiff–Appellant,

v.

Circuit City Stores, Incorporated; First North American National Bank, Defendants–Appellees.

Nos. 00–2144, 00–2145, 00–2146.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 23, 2001.

Joseph R. Johnson, pro se. Earle Duncan Getchell, Jr., McGuire, Woods, Battle & Boothe, L.L.P., Richmond, VA, for appellees.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Joseph R. Johnson appeals the district court's orders denying his Fed.R.Civ.P. 60 motions and his motion to vacate the judgment and remand for lack of subject matter jurisdiction. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district

---

court. *Johnson v. Circuit City Stores, Inc.,* Nos. CA–98–1407–A; CA–99–695–A; CA–99–696–A (E.D. Va. filed Aug. 1, 2000, entered Aug. 7, 2000; filed Aug. 3, 2000, entered Aug. 7, 2000; filed Aug. 15, 2000, entered Aug. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*